PER CURIAM.
Appellant, Willie T. Burgess, appeals the summary denial of his rule 3.850 motion for post-conviction relief. Appellant alleged ineffective assistance of his trial counsel for failing to move to suppress his confession made to police after he was given defective Miranda[1] warnings. In comparable cases, we have held that such a claim is legally sufficient. See Anthony v. State, 927 So.2d 1084 (Fla. 4th DCA 2006); Martelus v. State, 924 So.2d 881 (Fla. 4th DCA 2006); Stancle v. State, 917 So.2d 911 (Fla. 4th DCA 2005). We therefore reverse and remand either for the attachment of portions of the record con *120 clusively refuting the claim or for an evi-dentiary hearing.

Reversed and Remanded.

FARMER, KLEIN and HAZOURI, JJ., concur.

. Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).